In the Matter of ENTERGY NUCLEAR OPERATION, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted May 31, 2016; decided June 2, 2016

Motion by African American Environmentalist Association et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of JOHN J. FABBRICANTE, Appellant, v DONNA FABBRICANTE, Respondent.

Decided June 2, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Claim of DEBORAH FATONE, Respondent. ADDISON STREET SPA, LLC, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted March 28, 2016; decided June 2, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.